# COMPLAINT/REMOVAL DISMISSAL
## United States District Court
## Southern District of New York

Mag. Judge Dkt. No. 17 MAG. 03522    Date 1/8/2020

USAO No. 2017R01059

The Government respectfully requests the Court to dismiss without prejudice the ____ Complaint ✓ Removal Proceedings in

United States v. DARRYL LAMOOR THOMAS

The Complaint/Rule 40 Affidavit was filed on 5/10/2017

✓ U.S. Marshals please withdraw warrant.

_____
ASSISTANT UNITED STATES ATTORNEY

SHAWN CROWLEY
(Print name)

**SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATE 1/8/2020

Distribution:  White → Court    Yellow → U.S. Marshals    Green → Pretrial Services    Pink → AUSA Copy